

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2018

No. 04-18-00602-CR

Eddy Lee **KIRKSEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1434-CR-C
Honorable William Old, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Notice of Appeal is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court